# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **RICHARD ANTHONY BERESOVOY, JR.** | Chapter: 13 |
| | Case No: 5-18-bk-01646 RNO |
| **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST** Movant(s) | Document No.: 42 |
| vs. | |
| **RICHARD ANTHONY BERESOVOY, JR. CHARLES J. DEHART, III, TRUSTEE** Respondent(s) | Nature of Proceeding: Motion for Relief from Automatic Stay |

## AMENDED ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on September 5, 2019, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by September 26, 2019, the Court may deny this Motion without further notice.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(BI)

September 5, 2019

Order Stip Due or Relist – Hrg Called - Revised 04/18